UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND; TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O.,

Petitioners,

v.

AJL DESIGN & INSTALLATION, INC.,

Respondent.

26-CV-6048 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. Petitioners have filed a petition to confirm an arbitration award.

It is hereby ordered that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirming the arbitration award by August 3, 2026. Respondent's opposition is due on August 17, 2026. Petitioners' reply, if any, is due on August 24, 2026.

SO ORDERED.

Dated: July 20, 2026
New York, New York

Ronnie Abrams
United States District Judge